# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE EVERETT SMITH, JR., <br> Plaintiff, <br> vs. <br> NORTH SAN DIEGO COUNTY DEPT. OF CHILD SUPPORT SERVICES, et al., <br> Defendants. | CASE NO. 17cv2100 <br> **ORDER OF DISMISSAL** |

George Smith Jr. attempted to remove an action by Child Support Services after Commissioner Pennie McLaughlin ordered Smith to pay child support. First, removal is improper and this Court lacks original jurisdiction. *See* 28 U.SC. §§ 1441, 46. Second, the *Rooker-Feldman* doctrine bars Smith's de facto appeal asking this Court to resolve issues inextricably intertwined with the state court judgment. *See, e.g., Ignacio v. Judges of U.S. Court of Appeals for Ninth Circuit*, 453 F.3d 1160, 1166 (9th Cir. 2006); *Sanders v. Del Fierro*, 2012 WL 2390754, at *4 (S.D. Cal. June 2012). Third, the domestic relations exception bars this action since Smith's underlying contention is that he's not the father and shouldn't have to pay. *Buechold v. Ortiz*, 401 F.2d 371, 372 (9th Cir. 1968). Finally, even if the Court had jurisdiction, defendants are immune. *See Ashelman v. Pope*, 793 F.2d 1072, 1075 (9th Cir. 1986); *Govaerts v. Santa Clara Cty. Dep't of Child Support Servs.*, 2009 WL 890881, at *4 (N.D. Cal. Mar. 31, 2009). The case is **DISMISSED** without leave to amend.

**IT IS SO ORDERED**.

Dated: December 6, 2017

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge